AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

U.S. [MARSHAL SERVICE]
RECEIVED
2023 NOV -9 AM 11:35
CORPUS CHRISTI, TEXAS
SOUTHERN DISTRICT

| United States of America | ) |
|---|---|
| v. | ) |
| David Mata | ) Case No. 2:23CR00102-001 |
| | ) |
| | ) |
| | ) |
| *Defendant* | ) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* David Mata,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☑ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

See attached petition.

Date: 11/09/2023

_____
*Issuing officer's signature*

City and state: Corpus Christi, TX

Angel Mireles, Deputy Clerk
*Printed name and title*

---

**Return**

| This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____ |
| at *(city and state)* _____ . |

Date: _____

_____
*Arresting officer's signature*

_____
*Printed name and title*

PROB 12C
(06/15)

U.S. ... SERVICE
RECEIVED
2023 NOV -9 AM 11:35
CORPUS CHRISTI, TEXAS
SOUTHERN DISTRICT

# UNITED STATES DISTRICT COURT
## for the
## SOUTHERN DISTRICT OF TEXAS

### Petition for Warrant or Summons for Offender Under Supervision

| | | | |
|---|---|---|---|
| Name of Offender: | David Mata | Case Number: | 2:23CR00102-001 |
| Name of Sentencing Judge: | The Honorable Nelva Gonzales Ramos | | |
| Date of Original Sentence: | July 18, 2023 | | |
| Original Offense: | Transportation of an Undocumented Alien | | |
| Original Sentence: | Time Served, followed by a 2-year term of supervised release. | | |
| Type of Supervision: | Supervised Release | Supervision Started: | October 4, 2023 |
| Assistant U.S. Attorney: | John George Edward Marck | Defense Attorney: | Kristen D. Langford-Harris |

### EARLIER COURT ACTION

None.

### PETITIONING THE COURT

To issue a warrant and set a Revocation Hearing to show cause why Supervised Release should not be revoked.

The probation officer believes that the offender has violated the following conditions of supervision:

**Violation Number**    **Nature of Noncompliance**

    1           Failure to Report Change in Residence

On or about October 29, 2023, David Mata left his last known place of residence located at Downtown Rescue Mission, 1400 Evangel Drive, Huntsville Alabama, and failed to notify U.S. Probation Officer Matthew Worboys within 72 hours of his change in residence.

**Details**: On October 4, 2023, David Mata was released on bond with the Madison County Circuit Court and instructed to remain in Madison County pending the disposition of his state charge. Mr. Mata was instructed to live with his mother at her known residence in Huntsville, Alabama for the duration of his case. On October 9, 2023, David Mata reported that he had moved to the

Mata, David
Dkt. No. 2:23CR00102-001
Page 2

Downtown Rescue Mission Shelter located at 1400 Evangel Drive, Huntsville, Alabama, due to a tumultuous relationship with his mother. On October 13, 2013, Mr. Mata reported to the U.S. Probation Office where his conditions of supervision were reviewed and acknowledged. He reported on this same date that he was still residing at the Downtown Rescue Mission. On November 3, 2023, U.S. Probation Officer Matthew Worboys in the Northern District of Alabama attempted to conduct a home visit at the offender's residence located at Downtown Rescue Mission, 1400 Evangel Drive, Huntsville Alabama. During this attempted visit, it was discovered that Mr. Mata last stayed at this shelter on October 26, 2023, as verified by the facility security director. The facility had no information as to another address for him. Attempts to locate Mr. Mata in the community have been unsuccessful and his whereabouts are currently unknown.

**2       Failure to Abide by Drug Treatment Program's Rules and Regulations**

**Details:** On October 13, 2023, David Mata reported to the U.S. Probation Office in Huntsville, Alabama where he was instructed to participate for drug testing as required through random color-code in the Northern District of Alabama. David Mata violated the rules and regulations of the color-code drug testing by failing to submit random urine specimens on October 18, 2023, and October 30, 2023.

## U.S. Probation Officer Recommendation:

☒    The term of supervision should be

　　☒    revoked.

　　☐    extended for ___ years, for a total of ___ years.

☐    To modify the conditions of supervision as follows:

I declare under penalty of perjury, that the foregoing is true and correct to the best of my knowledge.

Approved:                                                           Respectfully submitted,

By:

_____                    _____
Arnoldo Perez, Supervising                             Amelia Vega
United States Probation Officer                        United States Probation Officer
                                                                         November 9, 2023

Mata, David
Docket Number: 2:23CR00102-001
Page 3

THE COURT ORDERS:

[ ]   No Action

[X]   The Issuance of a Warrant, and no bond.

[ ]   The Issuance of a Warrant, and a bond of $_____ cash / surety with supervision as directed by the Probation Officer as a condition of said bond.

[ ]   The Issuance of a Summons.

[ ]   Other:

_Nelva Gonzales Ramos_
Nelva Gonzales Ramos
U. S. District Judge

November 9, 2023
Date